THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lyndraos Green, Appellant.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-161
Submitted March 3, 2008  Filed March 12,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for
 Respondent.
 
 
 

PER CURIAM: Lyndraos
 Green appeals his guilty plea to armed robbery, arguing his guilty plea failed
 to conform with the mandates set forth in Boykin v. Alabama, 395 U.S.
 238 (1969).  Specifically, Green maintains the trial court erred by accepting
 his guilty plea without an affirmative showing his plea was intelligently and
 voluntarily entered.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Greens appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.